**F. D. BAKER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27206.**

Court of Criminal Appeals of Texas.

Nov. 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for a violation of the liquor law in Lamar County. The penalty assessed is a fine of $500.

All matters of procedure appear to be in regular form. The record is before us without a statement of facts and bills of exception. In the absence thereof nothing is presented for review.

The judgment of the trial court is affirmed.

**Opal MATTHEWS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27242.**

Court of Criminal Appeals of Texas.

Dec. 8, 1954.

Martin & Shown, Byron R. Conwell, Houston, for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty. Austin, for the State.

PER CURIAM.

The appeal is from an order revoking probation which had been previously granted when appellant was convicted for the offense of felony theft and assessed a penalty of 3 years.

Accompanying the record is the personal affidavit of appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.